UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GILMOUR,<br><br>       Plaintiff,<br><br>  v.<br><br>ALLIED WASTE, INC , ET AL.,<br><br>       Defendants.<br>_____/ | No. C 03-3395 TEH (JL)<br><br><br>FURTHER SETTLEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further Settlement Conference has been set for **Wednesday, August 24, 2005 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

       The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: June 8, 2005

                                                              James Larson /s/
                                         _____
                                                JAMES LARSON
                                                United States Magistrate Judge

SETTLEMENT CONFERENCE NOTICE        1