10.304.01

Law Offices of
**STEPHAN C. VOLKER**

Stephan C. Volker
Joshua A.H. Harris
Marnie E. Riddle

436 14ᵗʰ Street, Suite 1300
Oakland, California 94612

Tel: 510/496-0600 ❖ Fax: 510/496-1366
email: svolker@volkerlaw.com

July 13, 2005

Clerk of the United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

     Re:   *Gilmour v. Allied Waste Industries, Inc., et al.,*
             USDC Case No, C-03-3395 TEH

Dear Sir or Madam:

    Pursuant to the consent of counsel and with the coordination of Magistrate Judge Larson's secretary, the settlement conference previously scheduled for August 24, 2005, has been continued to September 29, 2005 at 2:00 p.m. before Magistrate Judge Larson.

Very truly yours,

Stephan C. Volker
Attorney for Plaintiff William Gilmour

SCV:taf

cc:    Brian T. Ashe
       Seyfarth Shaw, LLP

