STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
MARNIE E. RIDDLE (CSB #233732)
LAW OFFICES OF STEPHAN C. VOLKER
436 – 14th Street, Suite 1300
Oakland, CA 94612
TEL: 510/496-0600
FAX: 510/496-1366

Attorneys for Plaintiff
WILLIAM GILMOUR

10.304

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GILMOUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED WASTE, INC. a Delaware corporation doing business in California; BROWNING-FERRIS INDUSTRIES, a Delaware corporation and subsidiary of ALLIED WASTE, INC.; INTERNATIONAL DISPOSAL CORPORATION OF CALIFORNIA, a California corporation and subsidiary of BROWNING-FERRIS INDUSTRIES; PLEASANT HILL BAYSHORE DISPOSAL, INC., a California corporation; KELLER LANDFILL COMPANY, a California corporation; CURTIS G. FUJII, a managerial employee of the corporate defendants; JIM GUNDERSON, a managerial employee of the corporate defendants; GIL CHESO, a managerial employee of the corporate defendants; and NORM CHRISTENSEN, a managerial employee of the corporate defendants,<br><br>　　　　Defendants. | Case No. C-03-3395 TEH<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT/ STATUS CONFERENCE; [PROPOSED] ORDER** |

1

1  The parties to the above-captioned matter, by and through their respective attorneys of
2  record, jointly stipulate to and request an order for the continuance of the Case Management/
3  Status Conference currently scheduled for October 24, 2005 at 1:30 p.m.  The parties have
4  agreed upon a mutually convenient time to conduct the Case Management/Status Conference:
5  January 9, 2006 at 1:30 p.m.  The parties agree and submit that it will be an inefficient use of
6  judicial resources and the parties' time to proceed with the Case Management/Status Conference
7  until the Settlement Conference, scheduled for November 18, 2005, is completed.

8  Dated: October 11, 2005            LAW OFFICES OF STEPHAN C. VOLKER

10                                    By: _____
                                          STEPHAN C. VOLKER
11                                        Attorney for Plaintiff WILLIAM
                                          GILMOUR

12  Dated: October 13, 2005           SEYFARTH SHAW LLP

14                                    By: _____
                                          BRIAN T. ASHE
15                                        Attorneys for Defendants
                                          ALLIED WASTE INDUSTRIES INC.;
16                                        BROWNING-FERRIS INDUSTRIES;
                                          INTERNATIONAL DISPOSAL
17                                        CORPORATION; PLEASANT HILL
                                          BAYSHORE DISPOSAL, INC.; KELLER
18                                        CANYON LANDFILL COMPANY;
                                          CURTIS G. FUJII; JIM GUNDERSON;
19                                        GIL CHESO; and NORM CHRISTENSEN

20                              [~~PROPOSED~~] ORDER:

21    GOOD CAUSE APPEARING THEREFORE it is hereby ordered that the Case
22  Management/Status Conference scheduled for October 24, 2005 at 1:30 p.m. is vacated and that
23  the Case Management/Status Conference rescheduled for January 9, 2006 at 1:30 p.m.
24    IT IS SO ORDERED.

25  Dated: _____10/18/05_____          _____
26                                     THELTON E. HENDERSON
                                       SENIOR DISTRICT JUDGE
27                                     UNITED STATES DISTRICT COURT OF
                                       CALIFORNIA
28

JOINT STIPULATION AND REQUEST FOR CONTINUANCE
OF CASE MANAGEMENT/STATUS CONFERENCE        2