**United States District Court**

For the Northern District of California

1

2 IN THE UNITED STATES DISTRICT COURT

3 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5 WILLIAM GILMOUR,                                    No. C 03-03395 TEH

6          Plaintiff,                          **ORDER OF DISMISSAL**

7   v.

8 ALLIED WASTE INC.,

9          Defendant.

10 _____/

11

12          The Parties hereto, by their counsel, having advised the Court that they have agreed to a settlement

of this cause,

13          IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if

14 any party hereto shall certify to this Court, with proof of service of a copy to opposing counsel, within

15 ninety (90) days from the date of this order, that the agreed consideration for said settlement has not been

16 delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the

17 calendar to be set for trial.

18

19

20

21

Dated:   Nov. 30, 2005

22                                              _____

                                                THELTON E. HENDERSON
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28